IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA AND
STATE OF CALIFORNIA, ex rel. PATRICIA
PAUL WESTERFIELD,

    Plaintiff,

v.

UNIVERSITY OF SAN FRANCISCO,

    Defendant.

No. C 04-03440 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Buried at the end of the parties' Joint Case Management Conference Statement is a request to continue the Case Management Conference until after the hearing on Defendant's motion to dismiss scheduled for August 19, 2005. The request is GRANTED. The Case Management Conference scheduled for May 20, 2005 is HEREBY VACATED and CONTINUED until August 19, 2005 at 9:00 a.m. The parties are admonished that all future requests to the Court should be submitted separately as miscellaneous requests or stipulations, along with proposed orders.

    **IT IS SO ORDERED.**

Dated: May 20, 2005

    /s/ Jeffrey S. White
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE