Case 3:04-cv-03440-JSW Document 32 Filed 07/28/2005 Page 1 of 2

SANFORD M. CIPINKO, Esq., SBN 88102
DOUGLAS P. OH-KEITH, Esq., SBN 203768
BENJAMIN IAN JULIER, Esq., SBN 233084
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE: (415) 693-9905
FACSIMILE: (415) 693-9904

ELLEN G. WINTERBOTTOM, ESQ.
LAW OFFICES OF ELLEN G. WINTERBOTTOM
2120 BIRCH STREET, SUITE 150
NEWPORT BEACH, CA 92660
VOICE: (949) 757-0677

ATTORNEYS FOR PLAINTIFF
PATRICIA WESTERFIELD

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, EX REL. PATRICIA PAUL WESTERFIELD, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF SAN FRANCISCO, <br><br> Defendants. | Case No. C-04-3440 JSW <br><br> (~~PROPOSED~~) ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DISCOVERY AND DEFENDANT'S MOTION TO DISMISS |

GOOD CAUSE having been shown, plaintiff's request for an extension of time in which to respond to defendant's Motion to Dismiss, to meet and confer with defendants, and to turn over mandatory discovery documents, is hereby extended to: September 2, 2005.

Defendants may file a reply by no later than ~~2005~~ September 9, 2005. The hearing date of August 19, 2005 on Defendants' motion to dismiss is HEREBY CONTINUED to October 14, 2005. Plaintiff's motion to have her ex parte motion to extend time heard on shortened time is DENIED as MOOT.

~~ORDER~~

1  FURTHERMORE, the following matters presently scheduled for hearing are moved to:
2  IT IS SO ORDERED.
3  _____, 2005.
4  _____, 2005

6  DATED: August 1, 2005          *Jeffrey S. White*
                                  _____, JUDGE

ORDER

2