United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA AND
STATE OF CALIFORNIA, ex rel. PATRICIA
PAUL WESTERFIELD,                                    No. C 04-03440 JSW

            Plaintiff,

    v.                                               **ORDER SETTING BRIEFING
                                                     SCHEDULE**

UNIVERSITY OF SAN FRANCISCO,

            Defendant.

_____/

        This matter is set for a hearing on January 13, 2006 on Defendant's motion for a more

definite statement.  The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall

be due on Friday, December 23, 2005 and Defendant's reply brief shall be due on Friday,

December 30, 2005.

        If the Court determines that the matter is suitable for resolution without oral argument, it

will so advise the parties in advance of the hearing date.  If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

        **IT IS SO ORDERED.**

Dated: December 8, 2005                        _____
                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28