1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA and STATE
    OF CALIFORNIA, ex rel. PATRICIA PAUL
10  WESTERFIELD,                              No. C 04-03440 JSW
11              Plaintiffs,
12     v.                                     **ORDER RE DEFENDANT'S**
                                              **NOTICE OF INTENT TO SEEK**
13  UNIVERSITY OF SAN FRANCISCO,              **LEAVE TO SUPPLEMENT**
                                              **REQUEST FOR JUDICIAL**
14              Defendant.                    **NOTICE**
15  _____/
16
17
18          On January 12, 2006, Defendant the University of San Francisco (the "University") filed

19  a notice of its intent to seek leave of court to supplement its request for judicial notice.

20  Specifically, the University seeks to supplement its request for judicial notice with two

21  documents, an updated Registry of Action from Plaintiff Patricia Paul Westerfield's

22  ("Westerfield") state-law action and a motion to compel that was filed in the state law action.

23  Although Westerfield objects to the timing of the University's request, Westerfield conceded at

24  the hearing on the University's pending motion to dismiss that the documents are germane to the

25  motion and are documents that are properly submitted for judicial notice.  The Court HEREBY

26  ORDERS the University to supplement its request for judicial notice and attach the documents

27
28

*United States District Court*

*For the Northern District of California*

1   at issue.  The Court will rule on the University's request to take judicial notice when it rules on

2   the University's pending motion to dismiss.

3          **IT IS SO ORDERED.**

4

5   Dated: January 13, 2006

6                                                                JEFFREY S. WHITE
                                                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California