1  MICHAEL J. VARTAIN [SBN 92366]
   KATHRYN J. BURKE  [SBN 70324]
2  INGRID A. SCHERSCHEL [SBN 209399]
   **VARTAIN LAW GROUP**
3  601 Montgomery Street, Suite 540
   San Francisco, CA 94111-2608
4  Telephone:  [415] 391-1155
   Facsimile:  [415] 391-1177
5
   Attorneys for Defendant
6  UNIVERSITY OF SAN FRANCISCO

7

8              IN THE UNITED STATES DISTRICT COURT
                         FOR THE
9            NORTHERN DISTRICT OF CALIFORNIA
                   San Francisco Division
10

11

12  UNITED  STATES  OF  AMERICA  AND ) Case No.:  **C - 0 4 – 3440  JSW**
    STATE   OF   CALIFORNIA,   ex   rel. )
13  PATRICIA PAUL WESTERFIELD,         )
                                       )
14            Plaintiff,               ) **REQUEST FOR MICHAEL J. VARTAIN**
                                       ) **TO APPEAR TELEPHONICALLY**
15  vs.                                )
                                       )
16  UNIVERSITY OF SAN FRANCISCO,       ) Hearing Date:      April 7, 2006
                                       ) Time:              9:00 a.m.
17            Defendant.               ) Courtroom:         2, 17th Floor
                                       ) Judge:             Hon. Jeffrey S. White
18                                     ) Trial Date:        Not Yet Assigned.
                                       ) Complaint Filed:   August 20, 2004
19  _____)   Complaint Served:  May 3, 2005

20

21

22

23

24

25

26

27

28

**WESTERFIELD, PATRICIA v. USF [USDC # C-0 4–3440 JSW]– REQUEST FOR MICHAEL J. VARTAIN TO APPEAR TELEPHONICALLY**
S:\Client\101 USF\024 Westerfield-Federal\Pleadings\Motion of Atty to Withdraw\ReqTelephonicAppearance.ple.doc

1    Michael J. Vartain, Esq., attorney for defendant University of San Francisco is

2 respectfully requesting to appear telephonically for the hearing regarding the Motion to

3 Withdraw scheduled for April 7 at 9:00 a.m.

4    The court can contact me telephonically at 9:00 a.m. at the following landline number:

5 (209) 209-2620.

6    Ingrid A. Scherschel, Esq. will be appearing in person for the April 7 hearing.

7

8 DATED:   April 5, 2006          **VARTAIN LAW GROUP**

9

10                BY:     _____/S/_____

                          MICHAEL J. VARTAIN
11                        KATHRYN J. BURKE
                          INGRID A. SCHERSCHEL
12                        Attorneys for Defendant
                          UNIVERSITY OF SAN FRANCISCO
13

14



15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  MICHAEL J. VARTAIN [SBN 92366]
   KATHRYN J. BURKE  [SBN 70324]
2  INGRID A. SCHERSCHEL [SBN 209399]
   **VARTAIN LAW GROUP**
3  601 Montgomery Street, Suite 540
   San Francisco, CA 94111-2608
4  Telephone:  [415] 391-1155
   Facsimile:  [415] 391-1177
5
   Attorneys for Defendants
6  UNIVERSITY OF SAN FRANCISCO

7

8

9                   IN THE UNITED STATES DISTRICT COURT
                                FOR THE
10                   NORTHERN DISTRICT OF CALIFORNIA
                            San Francisco Division
11

12  UNITED  STATES  OF  AMERICA  AND)   Case No.:  **3:04-cv-03440-JSW**
    STATE OF CALIFORNIA, ex rel. PATRICIA)
13  PAUL WESTERFIELD,                )
                                     )   **PROOF OF SERVICE**
14              Plaintiff,           )
                                     )
15  vs.                              )
                                     )   Hearing Date:     April 7, 2006
16  UNIVERSITY OF SAN FRANCISCO,     )   Time:             9:00 a.m.
                                     )   Courtroom:        2, 17th Floor
17              Defendant.           )   Judge:            Hon. Jeffrey S. White
                                     )   Trial Date:       Not Yet Assigned.
18                                   )   Complaint Filed:  August 20, 2004
                                     )   Complaint Served: May 3, 2005
19  _____)

20

21

22

23

24

25

26

27

28

**WESTERFIELD v. USF [USDC-ND#3:04-cv-03440-JSW] – PROOF OF SERVICE**
S:\Client\101 USF\024 Westerfield-Federal\Pleadings\Motion of Atty to Withdraw\ReqTelephonicAppearance.ple.doc

**PROOF OF SERVICE**
**Westerfield v. University of San Francisco – USDC-ND: 3:04-cv-03440-JSW**

I am a resident of the State of California, over the age of eighteen (18) years, and not a party to the within action. My business address is c/o Vartain Law Group, 601 Montgomery Street, Suite 540, San Francisco, California 94111-2608. On April 6, 2006, I served the following document(s) by the method indicated below:

- **REQUEST FOR MICHAEL J. VARTAIN TO APPEAR TELEPHONICALLY**

**[X]** By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]** By transmitting via facsimile on this date from facsimile number [415] 391-1177 the document(s) listed above to the facsimile numbers(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine properly issued the transmission report, which is attached to this proof of service. Service by facsimile was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

**[ ]** By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. Signed proof of service by the process server or delivery service is attached to this proof of service.

**[ ]** By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**[ ]** By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Attorneys for Plaintiff,
Patricia Paul Westerfield

Sanford M. Cipinko, Esq.
55 Francisco Street, Suite 403
San Francisco, CA 94133

Telephone: 415.693.9905
Facsimile: 415.693.9904

Plaintiff In Pro Per

Patricia Paul Westerfield
376 Milagra Drive
Pacifica, CA 94044

Telephone: 650.355.7409

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service is executed on April 6, 2006, at San Francisco, California.

/S/
Charissa Gung

**WESTERFIELD v. USF [USDC-ND#3:04-cv-03440-JSW] – PROOF OF SERVICE**
S:\Client\101 USF\024 Westerfield-Federal\Pleadings\Motion of Atty to Withdraw\ReqTelephonicAppearance.ple.doc

-1-