IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, ex rel. PATRICIA PAUL WESTERFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF SAN FRANCISCO,<br><br>  Defendant. | No. C 04-03440 JSW<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SETTING TIME TO AMEND COMPLAINT** |

For the reasons stated on the record at the hearing on April 7, 2006, the motion to withdraw as counsel for claimant Patricia Paul Westerfield ("Claimant") filed by Sanford M. Cipinko is GRANTED. As further stated on the record, Claimant shall file an amended complaint, if any, in accordance with the Court's order granting in part and denying part defendant University of San Francisco's ("University") motion to dismiss by no later than June 7, 2006. If Claimant files an amended complaint, the University shall file an answer or motion to dismiss within twenty days of Claimant filing the amended complaint. If Claimant fails to file an amended complaint by the deadline of June 7, 2006, Claimant's federal claims will be dismissed without prejudice and the University shall file an answer to or a motion to dismiss Claimant's state law claims by no later than June 27, 2006.

Mr. Cipinko is ORDERED to serve a copy of this order on Claimant by no later than April 10, 2006. Claimant shall provide an address to the Court to be served with documents by

no later than April 17, 2006.  Unless and until Claimant obtains new counsel, Claimant is now *pro se* and this matter will not continue as an e-filing case.

**IT IS SO ORDERED.**

Dated: April 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2