Patricia Paul Westerfield
376 Milagra Drive
Pacifica, CA 94044
650-355-7409 phone
westerfield.p@sbcglobal.net

IN PRO PER

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA,
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.*, PATRICIA PAUL WESTERFIELD<br><br>Qui Tam Plaintiff/Relator,<br><br>vs.<br><br>UNIVERSITY OF SAN FRANCISCO and DOES 1 through 10 INCLUSIVE<br><br>Defendants. | APPEAL CASE NO. NO. 06-17182<br><br>D.C. CASE NO: C-04-3440 JSW<br><br>**STIPULATION OF DISMISSAL & WITHDRAWAL OF APPEAL AND ORDER [PROPOSED] STIPULATION**<br><br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Notice of Dismissal

## STIPULATION

IT IS HEREBY STIPULATED by and between all of the parties to this action, through their designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. Plaintiff also respectfully withdraws her appeal with prejudice. The Parties have expressly consent to the dismissal in this matter.

Dated: May 9, 2007         PATRICIA PAUL WESTERFIELD

By: *[signature]*
Patricia Paul Westerfield
Qui Tam Plaintiff/Relator,
In Pro Per

Dated: May 14, 2007        THE VARTAIN LAW GROUP

By: *[signature]*
Michael Vartain
Attorney for Defendant
University of San Francisco

---

US ex rel. Westerfield v. USF Case # C-04-3440 JSW     -2-     NOTICE OF APPEAL

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Dismissal in the above entitled action is approved and the action is dismissed with prejudice.

DATED: __May 17, 2007__

_/s/ Jeffrey S White_
JUDGE