Patricia Paul Westerfield
376 Milagra Drive
Pacifica, CA 94044
650-355-7409 phone
westerfield.p@sbcglobal.net

IN PRO PER

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA,
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.*, PATRICIA PAUL WESTERFIELD<br><br>Qui Tam Plaintiff/Relator,<br><br>vs.<br><br>UNIVERSITY OF SAN FRANCISCO and DOES 1 through 10 INCLUSIVE<br><br>Defendants. | APPEAL CASE NO. NO. 06-17182<br><br>D.C. CASE NO: C-04-3440 JSW<br><br>**STIPULATION OF DISMISSAL & WITHDRAWAL OF APPEAL AND ORDER [PROPOSED] STIPULATION**<br><br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Notice of Dismissal

## STIPULATION

1
2     IT IS HEREBY STIPULATED by and between all of the parties to this action, through their
3  designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant
4  to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.
5  Plaintiff also respectfully withdraws her appeal with prejudice. The Parties have expressly consent
6  to the dismissal in this matter.
7
8  Dated: May 9, 2007                               PATRICIA PAUL WESTERFIELD
9
10
11                                              By: _____
                                                    Patricia Paul Westerfield
12                                                  Qui Tam Plaintiff/Relator,
                                                    In Pro Per
13
14  Dated: May 14, 2007                             THE VARTAIN LAW GROUP
15
16
17                                              By: _____
                                                    Michael Vartain
18                                                  Attorney for Defendant
                                                    University of San Francisco
19
20
21
22
23
24
25
26
27  US ex rel. Westerfield v. USF Case # C-04-3440 JSW     –2–          NOTICE OF APPEAL
28

## ORDER

1  IT IS HEREBY ORDERED that the Stipulation of Dismissal in the above entitled action is approved
2  and the action is dismissed with prejudice.
3
4
5  DATED: __May 17, 2007__
6
7                                                    _Jeffrey S White_
                                                     JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  US ex rel. Westerfield v. USF Case # C-04-3440 JSW    -3-    NOTICE OF APPEAL
28